NUMBER 13-04-117-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
____________________________________________________________________

NORA ESPINOSA,                                                             Appellant,

v.

DAVID DAVILA,                                                                Appellee.
____________________________________________________________________

On appeal from the 214th District Court
of Nueces County, Texas.
____________________________________________________________________

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Hinojosa and Yañez
Memorandum Opinion Per Curiam

         Appellant, NORA ESPINOSA, perfected an appeal from a judgment entered by
the 214th District Court of Nueces County, Texas, in cause number 01-1921-F. The
clerk’s record was filed on March 30, 2004. The reporter’s record was filed on March
29, 2004. Appellant’s brief was due on May 28, 2004. To date, no appellate brief
has been received.
         When the appellant has failed to file a brief in the time prescribed, the Court
may dismiss the appeal for want of prosecution, unless the appellant reasonably
explains the failure and the appellee is not significantly injured by the appellant’s failure
to timely file a brief. Tex. R. App. P. 38.8(a)(1).
         On June 7, 2004, notice was given to all parties that this appeal was subject
to dismissal pursuant to Tex. R. App. P. 38.8(a)(1). Appellant was given ten days to
explain why the cause should not be dismissed for failure to file a brief. To date, no
response has been received.
         The Court, having examined and fully considered the documents on file,
appellant’s failure to file a proper appellate brief, this Court’s notice, and appellant’s
failure to respond, is of the opinion that the appeal should be dismissed for want of
prosecution. The appeal is hereby DISMISSED FOR WANT OF PROSECUTION.
                                                               PER CURIAM

Memorandum Opinion delivered and filed
this the 22nd day of July, 2004